UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Mirage Interests, Inc., | § § § | |
| Plaintiff, | § | NO: AU:16-CV-00594-DAE |
| vs. | § § § | |
| Anchor Insurance Holdings, Inc., et al. | § § § | |
| Defendant. | § | |

# ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE before Senior U. S. District Judge David A. Ezra in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, August 30, 2017 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas August 02, 2017.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE